

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 19 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 8:22-mj-00573-DUTY |
| John Khuu | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: United States District Court
in the Northern District of California on 08/17/2022
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 6/01/2001 through 8/17/2022
in violation of Title 21 U.S.C., Section(s) 952; 960(a)(1); 960(b)(3); 853
to wit: Unlawful importation of a controlled substance; Importation of a schedule 1 controlled substance; Forfeiture allegation

A warrant for defendant's arrest was issued by: United States District Court

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/19/22
              Date

| /S/ Eugene Hwang | Eugene Hwang |
|---|---|
| Signature of Agent | Print Name of Agent |
| | |
| HSI | Special Agent |
| Agency | Title |